TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: DONNA S. TAMANAHA (WI#1013199)
Assistant United States Trustee
Email: donna.s.tamanaha@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re

**TRACE TECHNOLOGIES, LLC,**

Debtor.

) Case No. 13-30341 DM
) (Case No. 13-30340)
)
) Jointly Administered
)
)
)
)

## NOTICE OF SELECTION OF TRUSTEE AND SETTING OF BOND AMOUNT

TO: Kavita Gupta
Gupta │Ferrer LLP
4675 MacArthur Court, Suite 550
Newport Beach, California 92660

At an undisputed election held on August 12, 2014, creditors selected Kavita Gupta to serve as the chapter 7 trustee in the above-captioned case.

The United States Trustee hereby sets a bond in the amount of $75,000.

TRACY HOPE DAVIS
United States Trustee

By: /s/ Donna S. Tamanaha
Assistant United States Trustee

NOTICE OF SELECTION OF TRUSTEE AND SETTING OF BOND AMOUNT
Case: 13-30341    Doc# 30    Filed: 08/19/14    Entered: 08/19/14 15:50:45    Page 1 of 1