Kavita Gupta – State Bar No. 138505
**GUPTA FERRER, LLP**
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 387-4470
Facsimile: (949) 861-9227
Email: kgupta@guptaferrer.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TRACE TECHNOLOGIES, LLC,<br><br>Debtor. | Case No. 13-30340-DM<br><br>(Jointly Administered with Case No. 13-30341)<br><br>Chapter 7 Proceedings |

### NOTICE OF ACCEPTANCE OF SELECTION AS THE CHAPTER 7 TRUSTEE

Pursuant to Federal Rule of Bankruptcy Procedure 2008, I hereby give notice that I accept the selection as the Chapter 7 trustee for the above-listed case.

I filed a bond with the court in the amount set by the United States Trustee in accordance with 11 U.S.C. § 322(a). I am covered under the blanket bond filed with the court.

Dated: August 25, 2014                */s/ Kavita Gupta*
                                      Kavita Gupta, Chapter 7 Trustee